# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JESSE DAVID ARON COULTER
ADC #148257                                                                PLAINTIFF

v.                               No: 4:19-cv-765-DPM

FAULKNER COUNTY DETENTION
CENTER; REED MILLER, Captain,
Faulkner County Detention Center;
HUFFMAN, Lieutenant, Faulkner County
Detention Center; and COLLINS, Sergeant,
Faulkner County Detention Center                                          DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Coulter hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. № 3. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 December 2019