# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JESSE DAVID ARON COULTER
ADC #148257                                                             PLAINTIFF

v.                      No: 4:19-cv-765-DPM

FAULKNER COUNTY DETENTION
CENTER; REED MILLER, Captain,
Faulkner County Detention Center;
HUFFMAN, Lieutenant, Faulkner County
Detention Center; and COLLINS, Sergeant,
Faulkner County Detention Center                                         DEFENDANTS

## JUDGMENT

Coulter's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2019