# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JESSE DAVID ARON COULTER
ADC #148257                                                      PLAINTIFF

v.                     No: 4:19-cv-765-DPM

FAULKNER COUNTY DETENTION
CENTER; REED MILLER, Captain,
Faulkner County Detention Center;
HUFFMAN, Lieutenant, Faulkner County
Detention Center; and COLLINS, Sergeant,
Faulkner County Detention Center                                 DEFENDANTS

## ORDER

**1.** After the Court entered its 10 December 2019 Order and Judgment, it received an updated address from Coulter. № 8. It's unclear whether he received the Court's October 31st Order. If Coulter wants to proceed with this case, then he may file a motion to reopen by 11 January 2020. Because Coulter expects to be released in a couple of weeks, he must also submit a free-world application to proceed *in forma pauperis* if he moves to reopen.

**2.** The Court directs the Clerk to send Coulter a free-world *in forma pauperis* application with a copy of this Order.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*11 December 2019*